**MEMO ENDORSED**

# MARKS LAW FIRM, P.C.

April 6, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/28/20__

**Via ECF**
Honorable Andrew L. Carter
United States District Judge
United States Courthouse
40 Foley Square, Courtroom 1306
New York, New York 10007

RE:  **Eugene Duncan v. Skin Bar NYC, LLC,**
Docket: 1:19-cv-5188-ALC

Dear Judge Carter,

Plaintiff respectfully requests an adjournment of the deadline to move for default. The Defendant in this action have yet to appear, answer or otherwise move in this action, but have contacted Plaintiff via E-mail.

Due to the ongoing health crisis caused by the COVID-19 pandemic, and the tumultuous economic effects it is causing to virtually all businesses open to the public (including possible complete closures), such as the business involved in this matter, Plaintiff's undersigned counsel hereby respectfully requests that the Court grant a sixty (60) day stay of all deadlines, including any deadline to move for default. The Court may wish to note that this is undersigned counsel's first request to stay this matter.

Thank you for your consideration of this unexpected, but essential, request.

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

August 28, 2020.
The parties should submit a status report by September 7, 2020, indicating whether the parties need the stay in this matter to continue.

Respectfully Submitted,

The Marks Law Firm, P.C.

By: _____
Bradly G. Marks

175 Varick Street, 3rd FL, New York, New York 10014
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com