USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 19, 2021

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **EUGENE DUNCAN,**<br><br>        **Plaintiff,**<br><br>   -against-<br><br>**SKIN BAR NYC, LLC,**<br><br>        **Defendant.** | **19-cv-5188 (ALC)(BCM)**<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

  It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated: May 19, 2021
    New York, New York

                        **ANDREW L. CARTER, JR.
                         United States District Judge**